UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEKSANDAR STEPANOVICH,
MONIKA MOZOLICOVA and IVANA
KAVAJA,

      Plaintiffs,

v.                                      Case No: 2:14-cv-270-FtM-PAM-MRM

KYLE BRADSHAW,

      Defendant.
_____/

## NOTICE

This case is currently set for a settlement conference before the undersigned on February 1, 2017. Because of the undersigned's criminal trial calendar, however, the settlement conference is **REFERRED** to United States Magistrate Judge Carol Mirando to lead tomorrow's conference.

Accordingly, it is now **ORDERED**:

(1) This case is **REFERRED** to Magistrate Judge Carol Mirando to conduct the settlement conference and issue any order deemed appropriate thereafter.

(2) The settlement conference will take place on **February 1, 2017, at 9:00 a.m.** at the United States Courthouse and Federal Building, 2110 First Street, **Courtroom 6B**, Fort Myers, FL 33901.

**DONE** and **ORDERED** in Fort Myers, Florida this 31st day of January 2017.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: The Honorable Carol Mirando
         All Parties of Record