```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    FORT MYERS DIVISION
```

ALEKSANDAR    STEPANOVICH,
MONIKA MOZOLICOVA, and IVANA
KAVAJA,

    Plaintiffs,

v.                                Case No: 2:14-cv-270-FtM-PAM-MRM

KYLE BRADSHAW,

    Defendant.
_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict:**

This action came before the Court for a trial by jury. The issues have been tried or heard and the Jury rendered its Verdict on February 16, 2017.

**IT IS ORDERED AND ADJUDGED:**

Judgment is entered in favor of Defendant and Plaintiffs shall take nothing.

                SHERYL L. LOESCH, CLERK


                By: /s/Libby Figgers, Deputy Clerk
                **Date:  February 21, 2017**

Copies:  All parties and counsel of record